Teresa WRIGHT, Respondent,

v.

Phillip WRIGHT, Appellant.

No. WD 58568.

Missouri Court of Appeals,
Western District.

June 5, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2001.

Application for Transfer Denied
Sept. 25, 2001.

Robert Charles Paden, Jr., Independence, for appellant.

Karl Heinz Timmerman, Grandview, for respondents.

Before LOWENSTEIN, P.J., ULRICH, J. and KENNEDY, S.J.

## ORDER

PER CURIAM:

Phillip Wright appeals the judgment of the trial court overruling his motion to modify child custody. He contends in his sole point on appeal that a substantial change of circumstances had occurred because he had been denied frequent, continuing, and substantial contact with one of his children for a significant period of time. The judgment of the trial court is affirmed. Rule 84.16(b).